**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PAVEL BUTORIN, Derivatively on Behalf of Nominal Defendant KBR, INC., | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :     C.A. No. 15-283-LPS <br> : |
| W. FRANK BLOUNT, LOREN K. CARROLL, JEFFREY E. CURTISS, LINDA Z. COOK, LESTER L. LYLES, JACK B. MOORE, RICHARD J. SLATER, JOHN R. HUFF, and WILLIAM P. UTT, | : <br> : <br> : <br> : <br> : |
| Defendants, | : <br> : |
| and | : <br> : |
| KBR, INC., | : <br> : |
| Nominal Defendant | : |

## ORDER

At Wilmington this **30th** day of **September, 2018**:

For the reasons stated in the Memorandum Opinion issued this same date, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss (D.I. 30) is **GRANTED**. The Clerk of Court is directed to **CLOSE** this case.

/s/

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT COURT